

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>THE EXTRADITION OF<br>LAZARO GONZALEZ LOPEZ | 3:25-MJ-1026-BK |

### ORDER TO UNSEAL CASE AND COMPLAINT

Before the Court is the Government's motion to unseal the complaint and all other filed documents and docket entries in this matter. The Court GRANTS the motion.

IT IS THEREFORE ORDERED that the complaint and other prior filings in this case be unsealed.

SO ORDERED on October 27, 2025.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE